THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:17-cr-00035-D-07

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | |
| vs. ) | **MOTION TO SEAL** |
| KEVIN JEFFERY CLARK, JR., ) | |
| Defendant.. ) | |

Pursuant to Local Criminal Rule 55.2.11, Defendant Kevin Jeffery Clark, Jr. ("Defendant") respectfully moves the Court to seal his (Proposed) Sentencing Memorandum. As grounds for this motion to seal, counsel shows unto the Court that the (Proposed) Sentencing Memorandum contains Defendant's medical records, as well as Defendant's personal and family matters. Counsel respectfully requests that an Order be entered to seal the (Proposed) Sentencing Memorandum.

This 12th day of June, 2018.

VAN CAMP & VAN O'LINDA, PLLC

_____
James R. Van Camp
Attorney for Defendant
90 Cherokee Road, Third Floor Suite
Post Office Box 6
Pinehurst, NC 28370
Telephone: 910-295-4000
Facsimile: 910-420-8088
NC State Bar #4467

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:17-cr-00035-D

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **(PROPOSED) ORDER** |
| ) | |
| KEVIN JEFFERY CLARK, JR., ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant's motion to seal pursuant to Local Criminal Rule 55.2.1. The motion to seal Defendant's Sentencing Memorandum, filed as a proposed sealed document (DE-198) is hereby GRANTED.

SO ORDERED.

This 12th day of June, 2018.

_____
Chief Judge James C. Dever, III

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO SEAL** was filed with Court using the CMF/ECF system which will send notification of such filing to the following:

Lawrence Cameron
*Assistant United States Attorney*
Lawrence.cameron@usdoj.gov

This 12th day of June, 2018.

VAN CAMP & VAN O'LINDA, PLLC

_____
James R. Van Camp
Attorney for Defendant
90 Cherokee Road, Third Floor Suite
Post Office Box 6
Pinehurst, NC 28370
Telephone: 910-295-4000
Facsimile: 910-420-8088
NC State Bar #4467
