THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:17-cr-00035-D

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| KEVIN JEFFERY CLARK, JR., | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's motion to seal pursuant to Local Criminal Rule 55.2.1. The motion to seal Defendant's Sentencing Memorandum, filed as a proposed sealed document (DE-198) is hereby GRANTED.

SO ORDERED.

This 15th day of June 2018.

Chief Judge James C. Dever, III